**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PER III, LLC d/b/a TRAPSTARS OUTLET

        Plaintiff,

v

TOWNSHIP OF NEW BUFFALO,

        Defendant.

_____ /

Case No.:
HON.

| | |
|---|---|
| BODMAN PLC. | Lindsay N. Dangl (P73231) |
| J. Adam Behrendt (P58607) | Caitlin K. Gillies (P83739) |
| Sinead G. Redmond (P85718) | Murphy & Spagnuolo, P.C. |
| 201 W. Big Beaver Road, Suite 500 | Attorneys for Defendant |
| Troy, MI 48084 | 2123 University Park Dr., Ste. 130 |
| (248) 743-6000 | Okemos, Michigan 48864 |
| abehrendt@bodmanlaw.com | (517) 351-2020 |
| sredmond@bodmanlaw.com | ldangl@mbspclaw.com |
| | cgillies@mbspclaw.com |
| | legal3@mbspclaw.com |

_____ /

## DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT BASED UPON FEDERAL QUESTION JURISDICTION

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant New Buffalo Township (hereinafter "Township"), by and through its attorneys, hereby submits this Notice of Removal to the United States District Court for the Western District of Michigan, Southern Division, of the above-captioned action currently pending in the Circuit Court for the 2nd Judicial Circuit, Berrien County, Michigan as case number 26-0096-CB.  In support of this petition and as grounds for removal, Township states as follows:

**STATEMENT OF GROUNDS FOR REMOVAL**

1. On or about March 18, 2026, Per III, LLC d/b/a Trapstars Outlet (hereinafter "Plaintiff") filed a Complaint entitled *Per III, LLC d/b/a Trapstars Outlet, Plaintiff v Township of New Buffalo., Defendant*, civil action number 26-0096-CB, in the Circuit Court for the 2nd Judicial Circuit, Berrien County, Michigan.

2. A copy of the Plaintiff's summons and complaint was served upon the Township via personal service March 24, 2026. Copies of the summons and complaint, which constitute all process and pleadings served upon the Township, are attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a).

3. This Notice of Removal is being timely filed within thirty (30) days of receipt of service of the Summons and Complaint as allowed under 28 U.S.C. 1446(b)(1).  No further state court pleadings have been filed by any party as of the date of this Notice of Removal.

4. This case is a civil action under the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331, federal question jurisdiction, as this claim raises claims under the U.S. Constitution and the laws of the Untied States.

5. This Court also has jurisdiction over any state law claims arising out of the same occurrence under 28 U.S.C. §1441(c).

6. Pursuant to 28 U.S.C. §1441(a), the United States District Court for the Western District of Michigan, Southern Division, is the federal district court embracing the place where the state court suit is pending.

**THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED**

7. The prerequisites for removal under 28 U.S.C. § 1441 have been satisfied.

8. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 because this Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

9. The allegations of this notice are true and correct and this cause is within the jurisdiction of the United States District Court for Western District of Michigan, Southern Division.

10. Written notice of the filing of this notice of removal will be given to Plaintiff and filed in the Circuit Court of the 2nd Judicial Circuit, Berrien County, Michigan, to affect the removal as required by law.

   **WHEREFORE**, Defendant files this notice of removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and removes this civil action to the United States District Court for the Western District of Michigan. Plaintiff is hereby notified to proceed no further in state court unless or until the case should be remanded by order of said United States District Court.

<div style="margin-left:50%">

Respectfully submitted,
**MURPHY & SPAGNUOLO, P.C.**

</div>

Dated: April 13, 2026

<div style="margin-left:50%">

/s/ Lindsay N. Dangl
Lindsay N. Dangl (P73231)
Attorneys for Defendant
2123 University Park Dr., Ste. 130
Okemos, MI 48864
(517)351-2020
ldangl@mbspclaw.com
legal3@mbspclaw.com

</div>